**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GARY JOHNSON,                                    :    No. 57 EM 2020
                                                 :
                    Petitioner                   :
                                                 :
                                                 :
                                                 :
              v.                                 :
                                                 :
                                                 :
COURT OF COMMON PLEAS OF                          :
PHILADELPHIA COUNTY,                             :
                                                 :
                    Respondent                   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of October, 2020, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.